HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
GUSTAVO VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GUSTAVO VARGAS,<br><br>            Defendant. | Case No.  1:02-cr-05050-AWI-4<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W ISHII |

Defendant, GUSTAVO VARGAS, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 19, 2003, this Court sentenced Mr. Vargas to a term of 262 months imprisonment;

3. His total offense level was 35, his criminal history category was V, and the resulting guideline range was 262 to 327 months;

4. The sentencing range applicable to Mr. Vargas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Vargas's total offense level has been reduced from 35 to 33, and his amended guideline range is 210 to 262 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vargas's term of imprisonment to a total term of 210 months.

Respectfully submitted,

Dated:  September 2, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   September 2, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
GUSTAVO VARGAS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vargas is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 210 to 262 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2003 is reduced to a term of 210 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Vargas shall report to the United States probation office within seventy-two hours after his release.

The hearing on defendant's motion to reduce sentence set September 8, 2015, is vacated.

IT IS SO ORDERED.

Dated:   September 2, 2015                   _____
                                             SENIOR DISTRICT JUDGE