# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
GUSTAVO VARGAS

)
)
)
)
)
)
)

Case No:  1:02-cr-05050-004

USM No:  60477-097

Date of Original Judgment:  05/19/2003
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Hannah Rose Labaree, FD (OR Pro Se)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months **is reduced to**  210 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/23/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/11/2015

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Senior United States District Judge Anthony W. Ishii
*Printed name and title*